SAMUEL H. HENIS, Respondent, *v.* CHARLES SHANKROFF, Appellant.

Argued January 17, 1938; decided March 1, 1938.

*Albert D. Schanzer* and *William Plean* for appellant.

*Benjamin Kirschstein, Maxwell Slade* and *Harvey L. Gardner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: HUBBS, J.